**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER HOMES, LLC, *et al.*,<br><br>Defendants. | 2:13-cv-01189-GMN-VCF<br><br>**MINUTE ORDER** |

Before the court is Plaintiff the Travelers Indemnity Company's Emergency Motion to Set a Hearing Date to Determine the Status of this Matter. (#35). A hearing on Plaintiff the Travelers Indemnity Company's Emergency Motion to Set a Hearing Date to Determine the Status of this Matter (#35) was scheduled for 1:00 p.m., November 12, 2014. (#36). On November 10, 2014, the parties filed a stipulation and order to dismiss entire action without prejudice. (#37).

Accordingly,

IT IS HEREBY ORDERED that the hearing scheduled for 1:00 p.m., November 12, 2014 is VACATED.

IT IS FURTHER ORDERED that the Plaintiff the Travelers Indemnity Company's Emergency Motion to Set a Hearing Date to Determine the Status of this Matter (#35) is DENIED as MOOT.

Dated this 10th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE